RODI POLLOCK PETTKER CHRISTIAN
& PRAMOV, A Law Corporation
Alfred Klein (SBN 50904)
  ak@rodipollock.com
Anne K. Edwards (SBN 110424)
  aedwards@rodipollock.com
444 South Flower Street, Suite 1700
Los Angeles, California 90071-2901
Telephone: (213) 895-4900
Facsimile: (213) 895-4921

Attorneys for Plaintiffs

CARLSMITH BALL LLP
Allan J. Graf (SBN 057148)
  agraf@carlsmith.com
Johnny Q. Tran (SBN 252330)
  jtran@carlsmith.com
444 South Flower Street, 9th Floor
Los Angeles, CA 90071-2901
Telephone: (213) 955-1200
Facsimile: (213) 623-0032

Attorneys for Defendant

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DORY ANN LAGMAN, HELEN J.M. LEE, TIMOTHY H. MELTON, SHAN K. MYOMYNN, LAURA B. CARPANZANO, BRADFORD K. GILES, MEAGAN POMEROY, REILLY SHAUGHNESSY, COURTNEY GOSS, fka COURTNEY McDONOUGH, LIZBETH A. LANDON, CATHERINE SAKATA, CRAIG TAYLOR, CODETTE WALLACE, DOUG ANDERSON, MARIA MARTINEZ and ELIZABETH BEIGH, individuals, <br><br> Plaintiffs, <br><br> vs. <br><br> CENTRAL PACIFIC BANK, a Hawaii banking corporation, <br><br> Defendant. | CASE NO. SACV10-00251 JVS (JEMx) <br><br> ORDER RE STIPULATION TO DISMISS CASE WITH PREJUDICE <br><br> Judge James V. Selna <br><br> Trial Date: July 12, 2011 |

547514.1          [PROPOSED] ORDER RE STIPULATION TO DISMISS CASE WITH PREJUDICE

Plaintiffs DORY ANN LAGMAN, HELEN J.M. LEE, TIMOTHY H. MELTON, SHAN K. MYOMYNN, LAURA B. CARPANZANO, BRADFORD K. GILES, MEAGAN POMEROY, REILLY SHAUGHNESSY, COURTNEY GOSS, fka COURTNEY McDONOUGH, LIZBETH A. LANDON, CATHERINE SAKATA, CODETTE WALLACE, DOUG ANDERSON, MARIA MARTINEZ and ELIZABETH BEIGH ("Plaintiffs") and defendant CENTRAL PACIFIC BANK, a Hawaii banking corporation ("Defendant") filed a Stipulation for Dismissal with Prejudice ("Stipulation").

Upon consideration of the Stipulation, good cause being shown, it is hereby ORDERED that the Stipulation is hereby granted;

**IT IS SO ORDERED**.

Dated: _June 17, 2011__     _____
The Honorable James V. Selna
United States District Judge

547514.1    [PROPOSED] ORDER RE STIPULATION TO DISMISS CASE WITH PREJUDICE

2